

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00001-CV

| | | |
|---|---|---|
| NANCY BOUAJRAM, Appellant | § | On Appeal from the 467th District Court |
| | § | of Denton County (18-5868-211) |
| V. | | |
| | § | December 21, 2023 |
| RAMI BOUAJRAM, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We reverse the trial court's judgment only as to its omission of the indemnity tax term and affirm it in all other respects. We remand this case to the trial court solely for the purpose of rendering a decree that incorporates the indemnity term in a manner consistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
　　Justice Mike Wallach